IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | CASE NO. CR505-020 |
| v. | ) | |
| | ) | |
| TRISTON JOHNSON, a/k/a "Big Trick" | ) | |
| MICHAEL RILES. KIEEMA DAVIS, | ) | |
| NATHAN GLOVER, DAVID LEE JONES, | ) | |
| and LASHEROL BURROUGHS | ) | |

## ORDER

The Court has been advised that all motions filed by Defendants Johnson, Riles, Davis, and Burroughs have been resolved by the parties. Additionally, the Court has been advised that all motions filed by Defendant David Lee Jones have been resolved by the parties except for said Defendant's Motion to Sever. Accordingly, all such resolved motions are hereby **DISMISSED** as moot.

**SO ORDERED**, this ____10th____ day of March, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)